**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
LETICIA FRANCINE STIDHUM,

                              Plaintiff,

                              Case No.:21-CV-07163 (OEM) (LB)

        v.

161-10 HILLSIDE AUTO AVE, LLC      **NOTICE OF APPEAL**
    D/B/A  HILLSIDE AUTO OUTLET,
HILLSIDE AUTO MALL INC
    D/B/A HILLSIDE AUTO MALL,
ISHAQUE THANWALLA,
JORY BARON, and
ANDRIS GUZMAN,

                             Defendants/Respondents.
------------------------------------------------------------------x

       NOTICE IS HEREBY GIVEN that the following parties: LETICIA FRANCINE STIDHUM, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Order granting Defendants' Motion for Summary Judgment in part, as to Plaintiff's federal law and NYSHRL sex discrimination claims and denying as to Plaintiff's NYSHRL disability discrimination claim and NYCHRL sex discrimination claim because the Court declines supplemental jurisdiction.

Dated: Flushing, NY
         February 28, 2025

                                              Troy Law, PLLC

                                              */s/ John Troy*
                                              John Troy
                                              41-25 Kissena Boulevard
                                              Suite 110
                                              Flushing, NY 11355
                                              (718) 762-1324
                                              troylaw@troypllc.com
                                              *Attorneys for Plaintiff*

APPEAL,ACO,MAGAPP

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:21–cv–07163–OEM–LB

Stidhum v. 161–10 Hillside Auto Ave, LLC et al
Assigned to: Judge Orelia E. Merchant
Referred to: Magistrate Judge Lois Bloom
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 12/29/2021
Date Terminated: 01/30/2025
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Leticia Francine Stidhum**  represented by  **Aaron Schweitzer**
Troy Law, PLLC
41–25 Kissena Boulevard, Suite 110
Flushing, NY 11355
718–762–1324
Email: troylaw@troypllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Troy**
Troy Legal, PLLC
41–25 Kissena Blvd, #1A
Flushing, NY 11355
718–762–2332
Email: troylegalpllc@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Troy**
Troy Law, PLLC
41–25 Kissena Blvd., Suite 110
Flushing, NY 11355
718–762–2332
Email: johntroy@troypllc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**161–10 Hillside Auto Ave, LLC**  represented by  **Emanuel Kataev**
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 114232327
718–412–2421
Fax: 718–489–4155
Email: emanuel@sagelegal.nyc
*ATTORNEY TO BE NOTICED*

**Joseph M. Labuda**
Milman Labuda Law Group, PLLC
3000 Marcus Ave
Ste 3w8
New Hyde Park, NY 11042
516–328–8899
Fax: 516–328–0082
Email: joe@mllaborlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew A Brown**
Milman Labuda Law Group PLLC

          3000 Marcus Avenue
Suite 3W8
New Hyde Park, NY 11042
516–328–8899
Fax: 516–328–0082
Email: matt@mllaborlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hillside Auto Mall, Inc.**      represented by    **Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Joseph M. Labuda**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Matthew A Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ishaque Thanwalla**      represented by    **Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Joseph M. Labuda**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Matthew A Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jory Baron**      represented by    **Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Joseph M. Labuda**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Matthew A Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald M Baron**
*TERMINATED: 05/18/2023*      represented by    **Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Joseph M. Labuda**
(See above for address)
*ATTORNEY TO BE NOTICED*

    **Matthew A Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andris Guzman**      represented by

**Emanuel Kataev**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph M. Labuda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew A Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2021 | 1 | COMPLAINT against 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla filing fee $ 402, receipt number ANYEDC–15151490 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Leticia Francine Stidhum. (Attachments: # 1 Exhibit 01 Document Preservation Demand, # 2 Exhibit 02 Notice of Lien and Assignment, # 3 Exhibit 03 Notice that Retaliation is Illegal under Title VII) (Troy, John) (Entered: 12/29/2021) |
| 12/29/2021 | 2 | Proposed Summons.Civil Cover Sheet.. by Leticia Francine Stidhum (Attachments: # 1 Proposed Summons) (Troy, John) (Entered: 12/29/2021) |
| 12/29/2021 | 3 | NOTICE of Appearance by Aaron Schweitzer on behalf of Leticia Francine Stidhum (aty to be noticed) (Schweitzer, Aaron) (Entered: 12/29/2021) |
| 12/29/2021 | 4 | NOTICE of Appearance by Tiffany Troy on behalf of Leticia Francine Stidhum (aty to be noticed) (Troy, Tiffany) (Entered: 12/29/2021) |
| 12/29/2021 |  | Case Assigned to Judge Pamela K. Chen and Magistrate Judge Roanne L. Mann. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 12/29/2021) |
| 12/29/2021 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 12/29/2021) |
| 12/29/2021 | 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 12/29/2021) |
| 12/29/2021 | 7 | Summons Issued as to 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Davis, Kimberly) (Entered: 12/29/2021) |
| 12/29/2021 |  | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case.** (Davis, Kimberly) (Entered: 12/29/2021) |
| 03/29/2022 | 8 | MOTION to Stay *Case Pending Resolution of Court of Appeals Ruling*, MOTION for Extension of Time to File *Serve Process* by Leticia Francine Stidhum. (Troy, John) (Entered: 03/29/2022) |
| 03/29/2022 | 9 | NOTICE of Appearance by Emanuel Kataev on behalf of 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla (aty to be noticed) (Kataev, Emanuel) (Entered: 03/29/2022) |

| | | |
|---|---|---|
| 03/29/2022 | 10 | WAIVER OF SERVICE Returned Executed by Ronald M Baron, Ishaque Thanwalla, Hillside Auto Mall, Inc., Andris Guzman, 161−10 Hillside Auto Ave, LLC, Jory Baron. Ronald M Baron waiver sent on 3/29/2022, answer due 5/28/2022; Ishaque Thanwalla waiver sent on 3/29/2022, answer due 5/28/2022; Hillside Auto Mall, Inc. waiver sent on 3/29/2022, answer due 5/28/2022; Andris Guzman waiver sent on 3/29/2022, answer due 5/28/2022; 161−10 Hillside Auto Ave, LLC waiver sent on 3/29/2022, answer due 5/28/2022; Jory Baron waiver sent on 3/29/2022, answer due 5/28/2022. (Kataev, Emanuel) (Entered: 03/29/2022) |
| 04/01/2022 | | ORDER: The Court is in receipt of Plaintiff's 8 request to (1) stay this case pending resolution of the appeal in *Stidhum v. 161−10 Hillside Auto Ave., LLC*, No. 21−01653 (2d Cir.) (*"Stidhum I"*) and (2) extend the time to serve process in this matter until thirty (30) days after the resolution of that appeal. For the reasons stated in Plaintiff's letter, the Court finds that the requested stay is in the interests of the Court and parties, and that good cause exists for extending the time for Plaintiff to serve Defendant with the complaint in this matter. Therefore, within seven (7) days of the Second Circuit issuing a decision in *Stidhum I*, Plaintiff shall notify the Court by filing a letter on the docket. Until that time, Plaintiff shall file a status report in this case every thirty (30) days, updating the Court on the status of this case and informing the Court whether the appeal in *Stidhum I* is still pending. Until further order from the Court, this case is hereby stayed. Ordered by Judge Pamela K. Chen on 4/1/2022. (Stephan, Keegan) (Entered: 04/01/2022) |
| 04/28/2022 | | ORDER: On April 1, 2022, this Court ordered Plaintiff to "notify the Court by filing a letter on the docket" "within seven (7) days of the Second Circuit issuing a decision in [*Stidhum v. 161−10 Hillside Auto Ave., LLC*, No. 21−01653 (2d Cir.) ("*Stidhum I*")]." (04/01/2022 Docket Order.) The Second Circuit issued its decision on April 12, 2022. *Stidhum I*, Dkt. 9. As of today, April 28, 2022, Plaintiff has not filed a letter on the docket to notify the Court. Accordingly, on or before May 4, 2022, Plaintiff shall file a letter on the docket with proposed next steps on how this case should proceed. Ordered by Judge Pamela K. Chen on 4/28/2022. (Stephan, Keegan) (Entered: 04/28/2022) |
| 05/04/2022 | 11 | Letter *Plaintiffs Letter Detailing Proposed Next Steps in Pending Action /mh* by Leticia Francine Stidhum (Troy, John) (Entered: 05/04/2022) |
| 05/04/2022 | | ORDER: The Court thanks Plaintiff for the 11 status update. Plaintiff's request for an initial pre−trial conference to set a case management plan should be directed to the Honorable Roanne L. Mann, U.S.M.J. Ordered by Judge Pamela K. Chen on 5/4/2022. (Stephan, Keegan) (Entered: 05/04/2022) |
| 05/05/2022 | 12 | Letter *Plaintiffs Motion Requesting an Initial Pre−Trial Conference or Permission to Submit a Proposed Case Management Plan /mh* by Leticia Francine Stidhum (Troy, John) (Entered: 05/05/2022) |
| 05/06/2022 | 13 | SCHEDULING ORDER: Application granted. A telephonic initial conference will be held on **June 21, 2022 at 2:00 p.m.** See attached order. Plaintiff's counsel, who has litigated many cases before this Court, is reminded that requests for judicial relief from this magistrate judge must be docketed as ECF motion events. SEE ATTACHED: ORDER, INITIAL CONFERENCE QUESTIONNAIRE, AND MANDATORY REQUIREMENTS FOR CONFERENCE. Counsel are directed to confer to jointly fill out and docket the attached questionnaire by 2:00 p.m. on **June 17, 2022**. *** To dial in to the initial conference, the parties are directed to call (877) 336−1839 and type in the access code 6672833. If the parties are initially unable to connect to the call, please try again as the third−party conference call system has been overloaded at times. Ordered by Magistrate Judge Roanne L. Mann on 5/6/2022. (LK) (Entered: 05/06/2022) |
| 05/13/2022 | | Case Reassigned to Judge Hector Gonzalez. Judge Pamela K. Chen no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 05/13/2022) |

| | | |
|---|---|---|
| 05/27/2022 | 14 | Letter MOTION for pre motion conference *in anticipation of Defendants' motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6)* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 05/27/2022) |
| 06/03/2022 | 15 | RESPONSE in Opposition re 14 Letter MOTION for pre motion conference *in anticipation of Defendants' motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6) /mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 06/03/2022) |
| 06/03/2022 | | SCHEDULING ORDER re 14 Motion for Pre–Motion Conference. The Court sets a briefing schedule on the motion to dismiss in lieu of a pre–motion conference: Defendants' motion is due June 27, 2022, Plaintiff's opposition is due July 18, 2022 and the reply, if any, is due July 25, 2022. The parties are directed to review Section IV.B of this Court's Individual Practices. Ordered by Judge Hector Gonzalez on 6/3/2022. (Nkodo, Julie–Irene) (Entered: 06/03/2022) |
| 06/17/2022 | 16 | CASE MANAGEMENT STATEMENT *Joint Initial Conference Questionnaire /mh* (Troy, John) (Entered: 06/17/2022) |
| 06/21/2022 | 17 | Minute Entry for Initial Conference Hearing held before Magistrate Judge Roanne L. Mann on 6/21/2022. The Court conducts a telephonic initial conference. The parties are to cure their failure to exchange initial disclosures by June 26, 2022. An in–person settlement conference is set for **October 3, 2022, at 2:00 p.m.**; clients must participate. By September 29, 2022, the parties are to send to the Court, via email, copies of documents that are critical to settlement discussions; all pre–settlement conference documents should be cc'd to opposing counsel. Pleadings for all parties may be amended and new parties added as of right by August 12, 2022. The parties do not anticipate utilizing experts. Fact discovery must be completed by December 30, 2022. The parties have until January 11, 2023, to request a premotion conference before Judge Gonzalez. See attached. (Ertzbischoff, Natasha) (Entered: 06/21/2022) |
| 06/27/2022 | 18 | Notice of MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 06/27/2022) |
| 06/27/2022 | 19 | MEMORANDUM in Support re 18 Notice of MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 06/27/2022) |
| 06/27/2022 | 20 | AFFIDAVIT/DECLARATION in Support re 18 Notice of MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Attachments: # 1 Exhibit A – Plaintiff's complaint) (Kataev, Emanuel) (Entered: 06/27/2022) |
| 07/18/2022 | 21 | MEMORANDUM in Opposition re 18 Notice of MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 07/18/2022) |
| 07/25/2022 | 22 | TRANSCRIPT of Proceedings held on June 21, 2022, before Judge Mann. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 8/15/2022. Redacted Transcript Deadline set for 8/25/2022. Release of Transcript Restriction set for 10/23/2022. (Rocco, Christine) (Entered: 07/25/2022) |
| 07/25/2022 | 23 | REPLY in Support re 18 Notice of MOTION to Dismiss for Failure to State a Claim *pursuant to Fed. R. Civ. P. 12(b)(6)* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 07/25/2022) |

| | | |
|---|---|---|
| 09/15/2022 | 24 | ORDER denying 18 Motion to Dismiss for Failure to State a Claim. For the reasons set forth in the attached Order, Defendants' motion to dismiss is denied. Ordered by Judge Hector Gonzalez on 9/15/2022. (Nkodo, Julie–Irene) (Entered: 09/15/2022) |
| 09/24/2022 | 25 | Consent MOTION to Adjourn Conference *scheduled for Monday, October 3, 2022*, Consent MOTION for Extension of Time to File *documents that are critical for settlement discussions* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 09/24/2022) |
| 09/26/2022 | | ORDER 25 Motion to Adjourn Conference: Application granted, on consent. The October 3rd settlement conference is adjourned to **October 24, 2022 at 2:00 p.m.**, and the September 29th document submission deadline is extended to **October 20, 2022**. The Court wishes defense counsel a speedy recovery. Ordered by Magistrate Judge Roanne L. Mann on 9/26/2022. (LK) (Entered: 09/26/2022) |
| 10/14/2022 | 26 | NOTICE OF APPEAL as to 24 Order on Motion to Dismiss for Failure to State a Claim by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. Filing fee $ 505, receipt number ANYEDC–16040318. (Kataev, Emanuel) (Entered: 10/14/2022) |
| 10/17/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 26 Notice of Interlocutory Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 10/17/2022) |
| 10/24/2022 | 27 | Minute Entry for Settlement Conference held before Magistrate Judge Roanne L. Mann on 10/24/2022. The Court conducts a settlement conference. The parties are directed to respond to the Court's settlement recommendation, via email, by 4:00 p.m. on October 25, 2022. See attached. (JP) (Entered: 10/24/2022) |
| 10/25/2022 | | ORDER re 27 Settlement Conference. All parties have now responded to the Court's settlement proposal. Unfortunately, there is no settlement. The parties should comply with the schedule previously set by the Court. Ordered by Magistrate Judge Roanne L. Mann on 10/25/2022. (JP) (Entered: 10/25/2022) |
| 11/02/2022 | 28 | MOTION to Compel *Defendants to Provide Discovery Responses /mh* by Leticia Francine Stidhum. (Troy, John) (Entered: 11/02/2022) |
| 11/03/2022 | | ORDER deferring ruling on 28 Motion to Compel. Defendants' response is due by **November 7, 2022**. Ordered by Magistrate Judge Roanne L. Mann on 11/3/2022. (LK) (Entered: 11/03/2022) |
| 11/07/2022 | 29 | RESPONSE in Opposition re 28 MOTION to Compel *Defendants to Provide Discovery Responses /mh with cross–request for a protective Order pursuant to Fed. R. Civ. P. 26(c)* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 11/07/2022) |
| 11/09/2022 | | ORDER granting in part and denying in part 28 Motion to Compel. In a letter–motion filed on November 2, 2022 (DE #28), plaintiff seeks a court order either (1) compelling defendants to "immediately" respond to interrogatories and document demands served on September 1, 2022, or (2) striking defendants' Answer "for their failure to cooperate with [d]iscovery" (DE #28 at 2). In opposing plaintiff's motion, defendants explain that (as plaintiff's counsel knew) defense counsel underwent a surgical procedure in late September, thereby delaying defendants' responses (DE #29 at 2). Defendants also complain that plaintiff's discovery demands "seek irrelevant information concerning assets" and are unduly burdensome and abusive (id.); defendants therefore cross–move for a protective order (id. at 3).<br><br>Counsel on both sides are admonished for seeking judicial intervention without having meaningfully conferred with one another to resolve their discovery disputes. Given defense counsel's medical issues, plaintiff's request to strike defendants' Answer is unfounded and condemnable. That said, defense counsel concedes that he agreed to provide defendants' belated responses by October 31, 2022; while he claims that an all–day mediation prevented him from meeting his self–selected deadline (DE #29 at 2), his submission is silent as to why, in the week that followed, he failed to cure that omission, even when faced with plaintiff's motion to compel. |

|  |  |  |
|---|---|---|
|  |  | Accordingly, defendants are directed, on pain of sanctions, to respond to plaintiff's discovery demands by November 14, 2022. As for defendants' cross−motion for a protective order, that request is procedurally defective in several respects. First, defendants' application was not filed as an ECF motion event, as required by this Court's Individual Rules. Second, defendants do not specifically identify, or provide the Court with copies of, the offending discovery demands for which they seek a protective order. Thus, the Court declines to act on defendants' request, but rejects plaintiff's suggestion that defendants' objections to plaintiff's allegedly improper discovery demands have been "waived" (DE #28 at 1). Counsel are placed on notice that the Court will not entertain any future discovery motion unless the movant certifies that the parties have conferred in a good faith to resolve their disputes without judicial intervention. Ordered by Magistrate Judge Roanne L. Mann on 11/9/2022. (JP) (Entered: 11/09/2022) |
| 11/10/2022 | 30 | Letter *regarding Court Order /mh* by Leticia Francine Stidhum (Troy, John) (Entered: 11/10/2022) |
| 11/16/2022 | 31 | Letter MOTION to Stay *Plaintiff's anticipated motion related to discovery pending submission of the partially recorded telephonic meet−and−confer conducted between counsel* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 11/16/2022) |
| 11/16/2022 |  | ORDER denying without prejudice 31 Motion to Stay. The Court denies without prejudice defendants' motion to stay, as it is premature given that plaintiff has not yet filed the anticipated motion to compel discovery (or any other related motion). Defense counsel represents to the Court that he recorded a portion of his meet−and−confer conversation with plaintiff's counsel and is in the process of having that recording transcribed; in the interim, defense counsel should submit the recording to the Court, via Chambers' email address, and serve a copy on plaintiff's counsel. Ordered by Magistrate Judge Roanne L. Mann on 11/16/2022. (NE) (Entered: 11/16/2022) |
| 11/17/2022 | 32 | ANSWER to 1 Complaint, by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 11/17/2022) |
| 12/01/2022 | 33 | MOTION for Discovery *Rule 37.2 Conference regarding Discovery Disputes* by Leticia Francine Stidhum. (Attachments: # 1 Exhibit 01 Order regarding Mr. Kataev's Litigation Strategy, # 2 Exhibit 02 Email Correspondence, # 3 Exhibit 03 Plaintiff's Deficiency Letter, # 4 Exhibit 04 Defendants' response to Plaintiff's Interrogatories, # 5 Exhibit 05 Defendants' Response to Document Production Requests /mh) (Troy, John) (Entered: 12/01/2022) |
| 12/02/2022 |  | ORDER deferring ruling on 33 Motion for Discovery. Defendants are directed to respond to plaintiff's motion by **December 5, 2022**. Ordered by Magistrate Judge Roanne L. Mann on 12/2/2022. (LK) (Entered: 12/02/2022) |
| 12/05/2022 | 34 | Letter MOTION for Extension of Time to File *response to Plaintiff's motion to compel discovery (ECF Docket Entry 33)* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 12/05/2022) |
| 12/05/2022 |  | ORDER deferring ruling on 34 Motion for Extension of Time to File. Plaintiffs counsel, who object to defense counsels request for a four−day extension of time, are directed to show good cause, via ECF by noon tomorrow, why defense counsels request should not be accommodated. In the interim, defendants deadline for responding to plaintiffs motion to compel is adjourned *sine die*. Ordered by Magistrate Judge Roanne L. Mann on 12/5/2022. (LK) (Entered: 12/05/2022) |
| 12/06/2022 | 35 | RESPONSE in Opposition re 34 Letter MOTION for Extension of Time to File *response to Plaintiff's motion to compel discovery (ECF Docket Entry 33) /mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 12/06/2022) |
| 12/06/2022 |  | ORDER granting 34 Motion for Extension of Time to File. Among the disputes pending before this Court is defendant's December 5th request (DE #34) for a four−day extension of the deadline by which defendant was directed to respond to |

| | | |
|---|---|---|
| | | plaintiff's December 1st motion to compel (DE #33). In contravention of the Court's Individual Rules, defendant failed to solicit plaintiff's counsel's consent to the extension, asserting instead that it would be "futile to ask for Plaintiff's consent" (DE #34 at 1). Without condoning defendant's violation, the Court observes, regrettably, that defense counsel's assessment is confirmed by plaintiff's responsive submission, which opposes the request for a modest extension, fails to identify any resulting prejudice to plaintiff, and persists in engaging in gratuitous *ad hominem* attacks on defense counsel. Defendant's motion for an extension is granted as follows: Defendants' response to DE #33 is due by close of business (5:00 p.m.) on **December 9, 2022**. Ordered by Magistrate Judge Roanne L. Mann on 12/6/2022. (LK) (Entered: 12/06/2022) |
| 12/09/2022 | 36 | RESPONSE in Opposition re 33 MOTION for Discovery *Rule 37.2 Conference regarding Discovery Disputes and for an Order requiring the parties to record all meet−and−confers* filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 12/09/2022) |
| 12/22/2022 | 37 | MEMORANDUM & ORDER granting in part and denying in part 33 Motion for Discovery. Plaintiff's motion to compel is granted in part, denied in part, and, as to discovery demands pertaining to punitive damages, denied without prejudice. Defendants are directed to supplement their discovery responses as specified herein, to cure any violations under Rule 34(b)(2), and to serve their supplemental responses on plaintiff by January 12, 2023. The Court extends the December 30th fact discovery deadline to January 27, 2023; requests for a premotion conference are now due by February 10, 2023. See attached. Ordered by Magistrate Judge Roanne L. Mann on 12/22/2022. (JP) Modified on 12/22/2022 (JP). (Entered: 12/22/2022) |
| 12/26/2022 | 38 | Letter MOTION to Compel *a computation of damages as required by Fed. R. Civ. P. 26 or, in the alternative, to preclude Plaintiff from seeking damages for each category for which she has failed to provide a computation of damages* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 12/26/2022) |
| 12/27/2022 | | ORDER denying without prejudice 38 Motion to Compel. The Court declines to act on defendants' motion to compel a computation of damages, which the movant concedes was not preceded by a good faith effort to resolve the parties' latest dispute. If counsel of record are unable to engage in civil phone conversations, and plaintiff's counsel refuses to participate in recorded discussions, then at least they are obligated to confer in writing, via email. To streamline their exchange, the Court observes that a party's response to a discovery demand for a computation of damages should not be titled "For Settlement Purposes Only." Ordered by Magistrate Judge Roanne L. Mann on 12/27/2022. (LK) (Entered: 12/27/2022) |
| 01/05/2023 | 39 | Letter MOTION to Stay *all discovery pending appeal* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Attachments: # 1 Exhibit A – copy of appellate brief submitted to Second Circuit Court of Appeals) (Kataev, Emanuel) (Entered: 01/05/2023) |
| 01/05/2023 | | ORDER denying, without prejudice, 39 Motion to Stay. Defendants' application fails to indicate whether or not plaintiff consents to the request. Discovery is not stayed in the interim. Ordered by Magistrate Judge Roanne L. Mann on 1/5/2023. (JP) (Entered: 01/05/2023) |
| 01/06/2023 | 40 | Letter MOTION to Stay *all discovery pending appeal, renewed request,* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 01/06/2023) |
| 01/09/2023 | | Case Reassigned to Magistrate Judge Lois Bloom. Magistrate Judge Roanne L. Mann no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Motions referred to Lois Bloom. (TL) (Entered: 01/09/2023) |
| 01/09/2023 | 41 | Letter MOTION to Stay *discovery pending appeal* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/11/2023 | 42 | MOTION for Extension of Time to File *Letter Motion for Extension to Oppose Defendants Motion to Stay Discovery /mh* by Leticia Francine Stidhum. (Troy, John) (Entered: 01/11/2023) |
| 01/12/2023 | | ORDER: Plaintiff requests, with defendants' consent, to extend the time to respond to defendants' motion to stay discovery. ECF No. 42 . The request is granted. Plaintiffs shall respond by January 18, 2023. Plaintiff's response shall not exceed three pages in length exclusive of attachments pursuant to my Individual Rules. Ordered by Magistrate Judge Lois Bloom on 1/12/2023. (EW) (Entered: 01/12/2023) |
| 01/16/2023 | 43 | MOTION for Extension of Time to Complete Discovery *for the Sole Purpose of Plaintiff to Depose All Defendants and for Defendants to Comply with the Court−Ordered Production due January 12, 2023, through March 16, 2023*, MOTION to Compel *Deposition Dates and OPPOSITION to Defendants' Motion to Stay Discovery upon an Appeal of a Non−Final, Non−Collateral Order* by Leticia Francine Stidhum. (Attachments: # 1 Exhibit 01 Email Correspondence /mh) (Troy, John) (Entered: 01/16/2023) |
| 01/17/2023 | | ORDER: The Court shall hold a conference to address defendants' motion to stay discovery, ECF No. 41 , and plaintiff's third motion to compel, ECF No. 43 , on February 1, 2023 at 3:00 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. The deadline to complete discovery is stayed pending the February 1, 2023 conference. **The Court shall not adjourn this conference absent documented good cause.** Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy−two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 1/17/2023. (EW) (Entered: 01/17/2023) |
| 01/19/2023 | 44 | ORDER denying 40 41 Motion to Stay. For the reasons set forth in the attached Order, the Court denies Defendants' motion to stay all discovery. Ordered by Judge Hector Gonzalez on 1/19/2023. (JN) (Entered: 01/19/2023) |
| 01/26/2023 | 45 | Letter MOTION for Certificate of Appealability *pursuant to 28 U.S.C. § 1292(b)* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 01/26/2023) |
| 01/29/2023 | 46 | RESPONSE in Opposition re 45 Letter MOTION for Certificate of Appealability *pursuant to 28 U.S.C. § 1292(b) /mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 01/29/2023) |
| 02/01/2023 | | ORDER: The Court held a conference in this matter on February 1, 2023, during which the Court granted plaintiff's motion to extend the time to complete discovery, ECF No. 43 , and set the following deadlines. The parties shall respond to all outstanding discovery requests by February 10, 2023. The parties shall complete all depositions by March 24, 2023. Any premotion conference request shall be made in accordance with Judge Gonzalez's Individual Rules by April 10, 2023. The Court will not entertain any further discovery motions in this matter.<br><br>As discussed during the conference, defendants shall depose plaintiff at defendants' counsel's offices on February 17, 2023 at 9:00 a.m. Defendants' counsel shall serve a notice of the deposition with the location of plaintiff's deposition on plaintiff's counsel forthwith. Plaintiff shall conduct remote depositions of defendants Ishaque Thanwalla, Andris Guzman, Jory Baron, and Ronald Baron, and the 30(b)(6) deposition for corporate defendants 161−10 Hillside Auto Ave, LLC and Hillside Auto Mall, Inc. on the following dates: February 21, 2023; February 24, 2023; March 3, 2023; March 9, 2023; and March 10, 2023. Plaintiff shall complete one 30(b)(6) deposition for both corporate defendants. Plaintiff shall depose defendants Jory Baron and Ronald Baron on the same day, and Jory Baron shall be deposed before Ronald Baron. Defendants' counsel moved to protect Ronald Baron from being deposed based on his health due to complications from surgery. The Court denied defendants' request but stated that if it becomes clear that Ronald Baron's deposition is not necessary, plaintiff's counsel shall cancel his deposition.<br><br>Finally, the parties agreed on the record to withdraw their respective motions pending before the Second Circuit in this matter. Plaintiff shall withdraw her motion to dismiss defendants' interlocutory appeal and for sanctions, and defendants shall withdraw their |

| | | |
|---|---|---|
| | | appeal and their motion for reconsideration, by February 3, 2023. Ordered by Magistrate Judge Lois Bloom on 2/1/2023. (EW) (Entered: 02/01/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Status Conference held on 2/1/2023 (FTR Log #3:34–4:35.) (EW) (Entered: 02/01/2023) |
| 02/02/2023 | 47 | Letter MOTION to Withdraw 45 Letter MOTION for Certificate of Appealability *pursuant to 28 U.S.C. § 1292(b)* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 02/02/2023) |
| 02/02/2023 | | ORDER granting 47 Letter–Motion to Withdraw 45 Letter–Motion for Certificate of Appealability pursuant to 28 U.S.C. § 1292(b). In light of Defendants' intention to withdraw their interlocutory appeal, the Court grants Defendants' letter–motion to withdraw and dismisses Defendants' letter–motion for certificate of appealability as moot. Ordered by Judge Hector Gonzalez on 2/2/2023. (JN) (Entered: 02/02/2023) |
| 02/07/2023 | 48 | MOTION to Compel by Leticia Francine Stidhum. (Troy, John) (Entered: 02/07/2023) |
| 02/08/2023 | | ORDER: Plaintiff's motion to compel is granted. ECF No. 48 . As defendants agreed to on the record at the February 1, 2023 conference, defendants shall withdraw their appeal pending before the Second Circuit forthwith. Plaintiff shall withdraw their motion to dismiss defendants' interlocutory appeal and for sanctions thereafter.<br><br>Defendants shall abide by the deposition schedule proposed in plaintiff's motion: plaintiff shall conduct the remote deposition of defendant Ishaque Thanwalla at 10:00 a.m on February 24, 2023. Plaintiff shall conduct the remote deposition of defendant Andris Guzman at 10:00 a.m. on March 3, 2023. Plaintiff shall conduct the remote deposition of defendant Jory Baron at 10:00 a.m. on March 9, 2023. If needed, plaintiff shall conduct the remote deposition of defendant Ronald Baron after the deposition of Jory Baron on the same date. Plaintiff shall conduct the remote 30(b)(6) deposition for both corporate defendants at 10:00 a.m. on March 10, 2023.<br><br>**This is a Court Order and defendants must comply.** Ordered by Magistrate Judge Lois Bloom on 2/8/2023. (EW) (Entered: 02/08/2023) |
| 02/14/2023 | 49 | MOTION to Take Deposition from Leticia Stidhum Remotely *under Fed. R. Civ. P. 30(b)(3) and 30(b)(4)* by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 02/14/2023) |
| 02/14/2023 | 50 | RESPONSE in Opposition re 49 MOTION to Take Deposition from Leticia Stidhum Remotely *under Fed. R. Civ. P. 30(b)(3) and 30(b)(4)* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 02/14/2023) |
| 02/14/2023 | 51 | MANDATE of USCA as to 26 Notice of Appeal, filed by 161–10 Hillside Auto Ave, LLC, Andris Guzman, Ronald M Baron, Jory Baron, Ishaque Thanwalla, Hillside Auto Mall, Inc. IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. The appeal is deemed WITHDRAWN. Appellees pending motions (docket entries 41 and 55) are DENIED as moot. Issued as Mandate: 02/14/2023. USCA# 22–2714. (TT) (Entered: 02/14/2023) |
| 02/14/2023 | 52 | MANDATE of USCA as to 26 Notice of Appeal, filed by 161–10 Hillside Auto Ave, LLC, Andris Guzman, Ronald M Baron, Jory Baron, Ishaque Thanwalla, Hillside Auto Mall, Inc. IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. The appeal is deemed WITHDRAWN. Appellees pending motions (docket entries 41 and 55) are DENIED as moot. Issued as Mandate: 2/14/2023. USCA# 22–2714. (VJ) (Entered: 02/15/2023) |
| 02/15/2023 | | ORDER: Plaintiff moves for leave to appear remotely at the deposition scheduled for this Friday, February 17, 2023, because defendants' counsel represented to the Second Circuit that he recently "contracted [a] virus that has been circulating such that he was out of the office for an extended period of time" and is still experiencing symptoms. ECF No. 49 . Defendants oppose the motion because plaintiff has not provided any "factual showing to support" her health concerns about the virus. ECF No. 50 .<br><br>At the last conference held on February 1, 2023, the Court approved the parties' |

| | | |
|---|---|---|
| | | deposition schedule and urged the parties to work together to complete all depositions by March 24, 2023. ECF Order dated February 1, 2023. As part of the Court−ordered deposition schedule, the parties mutually agreed that plaintiff would appear for a deposition at defendants' offices, and defendants would appear for their depositions remotely.<br><br>Notwithstanding the previously agreed upon deposition schedule, plaintiff's motion is granted. Plaintiff's deposition shall be taken remotely. See Fed. R. Civ. P. 30(b)(4) ("[T]he court may on motion order... that a deposition be taken by telephone or other remote means."). The Court is not equipped to evaluate plaintiff's potential health risks, and defendants do not identify any meaningful prejudice that would result from taking Ms. Stidhum's deposition remotely. Rouviere v. DePuy Orthopaedics, Inc., 471 F. Supp. 3d 571, 575 (S.D.N.Y. 2020) ("If the lack of being physically present with the witness were enough prejudice to defeat the holding of a remote deposition, then Rule 30(b)(4) would be rendered meaningless."). Ordered by Magistrate Judge Lois Bloom on 2/15/2023. (EW) (Entered: 02/15/2023) |
| 03/02/2023 | 53 | Letter MOTION for Discovery *, to alter sequence of depositions,* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 03/02/2023) |
| 03/02/2023 | | ORDER: Defendants' request to alter the sequence of defendants' deposition schedule is granted. ECF No. 53 . Plaintiff shall conduct the remote deposition of defendant Jory Baron at 10:00 a.m. on March 3, 2023. Plaintiff shall conduct the remote deposition of defendant Andris Guzman at 10:00 a.m. on March 9, 2023. The deposition schedule shall otherwise remain in place as set forth in the ECF Order dated February 8, 2023.<br><br>The parties are reminded that when a dispute arises during a deposition that the parties cannot resolve themselves, the parties should contact the Court pursuant to my Individual Rules & Practices. See Individual Rule 6. Ordered by Magistrate Judge Lois Bloom on 3/2/2023. (EW) (Entered: 03/02/2023) |
| 03/02/2023 | 54 | Letter *Plaintiffs Letter Opposition to Defendants Motion to Alter the Sequence /mh* by Leticia Francine Stidhum (Troy, Tiffany) (Entered: 03/02/2023) |
| 03/02/2023 | 55 | EXHIBIT *Email Correspondence Confirming Cancelation of Stenographer in Light of Defendants' Representations Prior to Court Order dated March 2, 2023* by Leticia Francine Stidhum. Related document: 54 Letter filed by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 03/02/2023) |
| 03/02/2023 | | ORDER: The Court is in receipt of plaintiff's opposition to defendants' request to alter the sequence of defendants' deposition schedule. The Court's Order stands, and the parties must comply. If plaintiff cannot conduct the deposition of Jory Baron tomorrow, March 3, 2023, at 10:00 a.m., plaintiff's counsel shall contact defendants' counsel to set a time to conduct the deposition by March 9, 2023. **All depositions shall be conducted by March 10, 2023.** The parties should work this out. Ordered by Magistrate Judge Lois Bloom on 3/2/2023. (EW) (Entered: 03/02/2023) |
| 03/02/2023 | 56 | Letter *in Opposition to ECF Document No. 54* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla (Kataev, Emanuel) (Entered: 03/02/2023) |
| 03/03/2023 | | Minute Entry for telephone conference held before Magistrate Judge Lois Bloom. The parties called the Court when a dispute arose during a deposition. The Court ruled on the parties' dispute and the deposition proceeded. (AT&T Log #10:13−10:34.) (EW) (Entered: 03/03/2023) |
| 03/07/2023 | 57 | TRANSCRIPT of Proceedings held on February 1, 2023, before Judge Bloom. Court Transcriber: Abba Reporting. Email address: abbareporting@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 3/28/2023. Redacted Transcript Deadline set for 4/7/2023. Release of Transcript Restriction set for 6/5/2023. (RC) (Entered: 03/07/2023) |

| | | |
|---|---|---|
| 03/09/2023 | | Minute Entry for telephone conference held before Magistrate Judge Lois Bloom. The parties called the Court when a dispute arose during a deposition. The Court ruled on the parties' dispute and the deposition proceeded. (AT&T Log #11:03–11:23.) (EW) (Entered: 03/09/2023) |
| 03/23/2023 | 58 | MOTION to Compel by Leticia Francine Stidhum. (Attachments: # 1 Exhibit 01 Email Enclosing 2nd Document Production Requests, # 2 Exhibit 02 Email Enclosing 3rd Document Production Requests, # 3 Exhibit 03 2nd Document Production Requests, # 4 Exhibit 04 3rd Document Production Requests, # 5 Exhibit 05 1st Document Production Requests, # 6 Exhibit 06 Defendants' Supplemental Response to 1st Document Production Requests, # 7 Exhibit 07 Defendants' Response to 1st Document Production Requests /mh) (Troy, John) (Entered: 03/23/2023) |
| 04/03/2023 | | ORDER: Plaintiff's fourth motion to compel and to extend the time to complete discovery is granted in part and denied in part. ECF No. 58 . On December 22, 2022, the Court granted in part and denied in part plaintiff's third motion to compel. ECF No. 37 . Defendants were ordered to produce documents pertaining to car sales of plaintiff and comparators from August 25, 2018 to January 24, 2019, the relevant time period based on the allegations in plaintiff's complaint. ECF No. 37 at 8–9. As such, plaintiff's motion to compel "weekly car commission sales logs" between November 2019 and January 2020 is denied. However, to the extent that defendants have not produced car sales logs for the relevant time period, in response to plaintiff's first set of document requests, request nos. 17 & 21, they shall do so by April 10, 2023. See ECF No. 33–5 at 10.<br><br>Plaintiff's motion to compel text messages between parties that pertain to plaintiff or to pregnancy discrimination is granted. Any text messages responsive to plaintiff's second set of document requests, request nos. 3–6 [ECF No. 58–3 at 11], and third set of document requests, request nos. 3–6, 8 [ECF No. 58–4 at 11], shall be produced by April 23, 2023. **This is a Court Order and defendants must comply.** Defendants are warned that if they fail to comply with this Order, the Court may hold them in contempt pursuant to Fed. R. Civ. P. 45(g). A person found to be in contempt is subject to sanctions, which may include a monetary fine, attorney's fees, costs, and even imprisonment.<br><br>No further discovery shall be conducted in this matter. Any pre–motion conference request shall be filed by May 8, 2023 in accordance with Judge Gonzalez's Individual Rules. Ordered by Magistrate Judge Lois Bloom on 4/3/2023. (EW) (Entered: 04/03/2023) |
| 04/10/2023 | 59 | Letter MOTION for Extension of Time to File *and serve Plaintiff with discovery this Court compelled Defendants to provide*, MOTION to Compel *post–deposition discovery from Plaintiff and to compel Plaintiff to produce all deposition transcripts* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 04/10/2023) |
| 04/11/2023 | 60 | RESPONSE in Opposition re 59 Letter MOTION for Extension of Time to File *and serve Plaintiff with discovery this Court compelled Defendants to provide* MOTION to Compel *post–deposition discovery from Plaintiff and to compel Plaintiff to produce all deposition transcripts* filed by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 04/11/2023) |
| 04/12/2023 | | ORDER: Defendants request to extend the time to complete the discovery compelled by my April 3, 2023 Order. ECF No. 59 . Defendants' counsel's reason for the request, that he "misread" the Court's Order and that this only came to defendants' counsel's attention "due to plaintiff's email," is entirely unacceptable. To the extent that defendants need additional time because of last week's holidays, I will allow them until Monday at noon, April 17, 2023, to produce the documents compelled in my April 3 Order. If the documents are not produced by noon on April 17, 2023, the Court shall impose an appropriate sanction.<br><br>Defendants' request to review transcripts of their depositions is denied. A deponent or party must request to review the transcript or recording of the deposition before the deposition is completed. Fed. R. Civ. P. 30(e). Defendants concede that they did not request copies of the transcripts during their depositions. The Court takes no position on the parties sharing the costs of the deposition transcripts or being responsible for |

| | | |
|---|---|---|
| | | obtaining the transcripts from the court reporter.<br><br>Defendants' request to compel additional discovery is denied for defendants' failure to meet and confer with plaintiff pursuant to Fed. R. Civ. P. 37(a)(1). See also Local Rule 37.3; Judge Bloom's Individual Rule 5.A. Any further discovery shall be strictly limited to responses not produced in the course of discovery, such as responses to previously served interrogatories or document requests. Provided that these are not new requests, plaintiff shall supplement her responses to interrogatory nos. 7 and 19 by noon on April 17, 2023.<br><br>The Court shall not entertain any further discovery motions. Any pre−motion conference request shall be filed by May 8, 2023 in accordance with Judge Gonzalez's Individual Rules. Ordered by Magistrate Judge Lois Bloom on 4/12/2023. (EW) (Entered: 04/12/2023) |
| 04/17/2023 | 61 | MOTION for Sanctions by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 04/17/2023) |
| 04/17/2023 | 62 | RESPONSE in Opposition re 61 MOTION for Sanctions filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 04/17/2023) |
| 04/17/2023 | 63 | MOTION for Leave to File Document by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 04/17/2023) |
| 04/17/2023 | 64 | RESPONSE in Opposition re 63 MOTION for Leave to File Document filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 04/17/2023) |
| 04/18/2023 | | ORDER: The Court shall hold a conference to address plaintiff's motion for sanctions, ECF No. 61 , on either May 2, 2023 at 11:00 a.m. or May 4, 2023 at 10:00 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Mr. Milman and/or Mr. Labuda shall attend the conference with Mr. Kataev. This a Court Order and counsel shall comply. By this Friday, April 21, 2023, Ms. Troy and Mr. Kataev shall file a joint letter confirming the date and time for the conference, as well as whether it will be Mr. Milman or Mr. Labuda who will attend with counsel of record. Ordered by Magistrate Judge Lois Bloom on 4/18/2023. (EW) (Entered: 04/18/2023) |
| 04/20/2023 | 65 | Letter *(Joint) in Accordance with Court Order dated April 18, 2023* by Leticia Francine Stidhum (Troy, Tiffany) (Entered: 04/20/2023) |
| 04/21/2023 | | ORDER: The Court is in receipt of the parties' letter confirming their availability for a conference on May 4, 2023. ECF No. 65 . The Court shall hold a conference at 10:00 a.m. on May 4, 2023 in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Mr. Labuda shall attend the conference with counsel of record for defendants. Ordered by Magistrate Judge Lois Bloom on 4/21/2023. (EW) (Entered: 04/21/2023) |
| 04/25/2023 | 66 | MOTION for Sanctions *re Defendants' failure to comply with Court Order dated April 3, 2023 pertaining to text messages /mh* by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 04/25/2023) |
| 04/26/2023 | 67 | RESPONSE in Opposition re 66 MOTION for Sanctions *re Defendants' failure to comply with Court Order dated April 3, 2023 pertaining to text messages /mh* filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 04/26/2023) |
| 04/27/2023 | | ORDER: The Court is in receipt of plaintiff's motion for sanctions, ECF No. 66 , and defendant's response to the motion, ECF No. 67 . Plaintiff's motion shall be addressed at the conference scheduled for May 4, 2023. The parties shall refrain from filing further requests on the docket. Any other outstanding discovery issues can be addressed at the May 4 conference. Ordered by Magistrate Judge Lois Bloom on 4/27/2023. (EW) (Entered: 04/27/2023) |
| 05/04/2023 | 68 | NOTICE of Appearance by Joseph M. Labuda on behalf of 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque |

| | | |
|---|---|---|
| | | Thanwalla (aty to be noticed) (Labuda, Joseph) (Entered: 05/04/2023) |
| 05/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Motion Hearing held on 5/4/2023 (FTR Log #10:14−11:11). (EW) (Entered: 05/04/2023) |
| 05/04/2023 | | ORDER: The Court held a conference in plaintiff's employment discrimination case on May 4, 2023. Plaintiff's motions for sanctions, ECF Nos. 61 and 66, are denied for the reasons stated on the record. As discussed during the conference, defendants shall produce all outstanding discovery, as well as defendants' sworn affidavits and stipulations related to text messages on their phones and the dismissal of the case against defendant Ronald M. Baron by noon on May 17, 2023. Discovery remains closed, and the Court shall not entertain any further discovery requests in this matter. Any pre−motion conference request shall be filed by June 7, 2023 in accordance with Judge Gonzalez's Individual Rules. Ordered by Magistrate Judge Lois Bloom on 5/4/2023. (EW) (Entered: 05/04/2023) |
| 05/17/2023 | 69 | STIPULATION of Dismissal *Voluntary Dismissal with Prejudice as to RONALD M. BARON \*\*\*ONLY\*\*\* /mh* by Leticia Francine Stidhum (Troy, John) (Entered: 05/17/2023) |
| 05/18/2023 | | Order Dismissing Party. Party Ronald M Baron terminated as per Stipulation of Dismissal filed at docket entry No. 69. Ordered by Judge Hector Gonzalez on 5/18/2023. (JN) (Entered: 05/18/2023) |
| 06/06/2023 | 70 | Letter MOTION for Extension of Time to File *letter motion for pre−motion conference in anticipation of Defendants' motion for summary judgment* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 06/06/2023) |
| 06/07/2023 | 71 | RESPONSE in Opposition re 70 Letter MOTION for Extension of Time to File *letter motion for pre−motion conference in anticipation of Defendants' motion for summary judgment /gd* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 06/07/2023) |
| 06/07/2023 | | ORDER granting 70 Motion for Extension of Time to File Pre−Motion Conference Letter. The parties' pre−motion conference letters in anticipation of motions for summary judgment, if any, are due by June 28, 2023. No further extensions will be granted. Ordered by Judge Hector Gonzalez on 6/7/2023. (JN) (Entered: 06/07/2023) |
| 06/09/2023 | 72 | TRANSCRIPT of Proceedings held on May 4, 2023, before Judge Bloom. Court Transcriber: Superior Reporting Services LLC. Email address: transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 6/30/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/7/2023. (RC) (Entered: 06/09/2023) |
| 06/12/2023 | 73 | MOTION for Discovery, MOTION for Sanctions by Leticia Francine Stidhum. (Attachments: # 1 Exhibit 01 Jennings Declaration, # 2 Exhibit 02 Baron Declaration, # 3 Exhibit 03 Guzman Declaration, # 4 Exhibit 04 Thanwalla Declaration, # 5 Exhibit 05 Supplemental Jennings Declaration, # 6 Exhibit 06 Excerpt from Deposition Transcript of Deanna Jennings, # 7 Exhibit 07 Hearing Transcript from May 4, 2023 /mh) (Troy, John) (Entered: 06/12/2023) |
| 06/13/2023 | | ORDER: Plaintiff moves for sanctions pursuant to Federal Rule of Civil Procedure 37. ECF No. 73. Defendants shall respond by June 20, 2023. Ordered by Magistrate Judge Lois Bloom on 6/13/2023. (EW) (Entered: 06/13/2023) |
| 06/20/2023 | 74 | Letter MOTION for Leave to File Excess Pages *for Defendants' anticipated letter response in opposition to Plaintiff's motion to compel discovery and for sanctions* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 06/20/2023) |
| 06/20/2023 | 75 | RESPONSE in Opposition re 74 Letter MOTION for Leave to File Excess Pages *for Defendants' anticipated letter response in opposition to Plaintiff's motion to compel discovery and for sanctions /mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 06/20/2023) |

| | | |
|---|---|---|
| 06/20/2023 | 76 | RESPONSE in Opposition re 73 MOTION for Discovery MOTION for Sanctions filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 06/20/2023) |
| 06/28/2023 | 77 | **MEMORANDUM & ORDER:** Plaintiff brings this pregnancy discrimination action against defendants 161–10 Hillside Auto Ave, LLC, Hillside Auto Mall Inc., Ishaque Thanwalla, Jory Baron, and Andris Guzman. Presently before the Court is plaintiff's motion for spoliation sanctions based on defendant's failure to locate and produce weekly sales logs relating to car sales of plaintiff and her comparators for the relevant time period. ECF No. 73 . The Court previously ordered defendants to produce documents pertaining to sales by other salespersons in response to plaintiff's first set of document requests on December 22, 2022. Mem. & Order at 89, ECF No. 37. On April 3, 2023 the Court again ordered defendants to produce these documents by April 10, 2023. Plaintiff moved for sanctions for defendants' failure to produce the documents on April 25, 2023. ECF No. 66. At a conference with the parties on May 4, 2023, the Court denied plaintiff's motion and ordered defendants to produce all outstanding discovery, including weekly sales logs of plaintiff and her comparators. ECF Order dated May 4, 2023. The Court also stated that it would not entertain further discovery motions, as discovery had closed on April 17, 2023 and remains closed. Id. For the reasons set forth in the attached Memorandum & Order, plaintiff's renewed motion for sanctions is denied. See attached Memorandum & Order. Ordered by Magistrate Judge Lois Bloom on 6/28/2023. (EW) (Entered: 06/28/2023) |
| 06/28/2023 | 78 | Letter MOTION for pre motion conference *in anticipation of Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Attachments: # 1 Exhibit A – relevant text messages, # 2 Exhibit B – declaration of Serge Zanan, # 3 Exhibit C – Local Civil Rule 56.1 Statement of Facts submitted pursuant to IV(A)(4) of this Courts Individual Practices) (Kataev, Emanuel) (Entered: 06/28/2023) |
| 07/10/2023 | | Case reassigned to Judge Orelia E. Merchant. Judge Hector Gonzalez no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LF) (Entered: 07/10/2023) |
| 07/12/2023 | 79 | NOTICE by Leticia Francine Stidhum re 77 Order on Motion for Discovery,,,,,,,, Order on Motion for Sanctions,,,,,,, Order on Motion for Leave to File Excess Pages,,,,,, *Plaintiffs Objection to Memorandum and Order Denying Motion for Sanctions* (Attachments: # 1 Exhibit 1 Hillside Auto Mall permits & actions, # 2 Exhibit 2 Hillside Auto Outlet permits & actions, # 3 Exhibit 3 Photos /mh) (Troy, John) (Entered: 07/12/2023) |
| 07/17/2023 | 80 | Letter MOTION for Extension of Time to File Response/Reply *to Defendants' Request for Pre–Motion Conference for their Motion for Summary Judgment /cw* by Leticia Francine Stidhum. (Troy, John) (Entered: 07/17/2023) |
| 07/24/2023 | 81 | RESPONSE to Motion re 80 Letter MOTION for Extension of Time to File Response/Reply *to Defendants' Request for Pre–Motion Conference for their Motion for Summary Judgment /cw consenting to requested extension with cross–motion to strike Plaintiff's Rule 72 letter motion and, in the alternative, cross–motion for extension of time to respond to improperly filed letter motion* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 07/24/2023) |
| 07/25/2023 | | ORDER: Plaintiff's Motion for Extension of Time 80 is granted. Plaintiff shall file an opposition to Defendants' pre–motion conference request 78 on or before September 1, 2023. So Ordered by Judge Orelia E. Merchant on 7/25/2023. (MM) (Entered: 07/25/2023) |
| 07/25/2023 | | ORDER: Plaintiff's letter motion pursuant to FRCP Rule 72(a) 79 is denied without prejudice to refiling. Plaintiff is directed to refile her motion in accordance with the requirements of Local Rule 6.1 and Individual Rule III(E). Ordered by Judge Orelia E. Merchant on 7/25/2023. (MM) (Entered: 07/25/2023) |

| | | |
|---|---|---|
| 08/07/2023 | 82 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Leticia Francine Stidhum re 77 Order on Motion for Discovery,,,,,,, Order on Motion for Sanctions,,,,,,, Order on Motion for Leave to File Excess Pages,,,,,, (Troy, Tiffany) (Entered: 08/07/2023) |
| 08/07/2023 | 83 | AFFIDAVIT in Support re 82 Appeal of Magistrate Judge Decision to District Court by Leticia Francine Stidhum. (Attachments: # 1 Exhibit Hillside Mall permits and actions, # 2 Exhibit Hillside Outlet permits and actions, # 3 Exhibit Photographs) (Troy, Tiffany) (Entered: 08/07/2023) |
| 08/07/2023 | 84 | AFFIDAVIT in Support re 82 Appeal of Magistrate Judge Decision to District Court *Memorandum in Support* by Leticia Francine Stidhum. (Troy, Tiffany) (Entered: 08/07/2023) |
| 08/22/2023 | 85 | Letter MOTION for Extension of Time to File *opposition papers to Plaintiff's objections to the Hon. Lois Bloom, U.S.M.J.'s June 28, 2023 Memorandum & Order denying Plaintiff's renewed motion for sanctions pursuant to Fed. R. Civ. P. 72* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 08/22/2023) |
| 08/23/2023 | | ORDER: Defendants' motion for extension of time 85 is granted in part and denied in part. Defendants shall file opposition papers on or before September 11, 2023. Ordered by Judge Orelia E. Merchant on 8/23/2023. (MM) (Entered: 08/23/2023) |
| 09/01/2023 | 86 | RULE 56.1 STATEMENT *Plaintiff's Counter Statement* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 09/01/2023) |
| 09/01/2023 | 87 | DECLARATION re 86 Rule 56.1 Statement by Leticia Francine Stidhum (Attachments: # 1 Exhibit Exhibit 1.Affidavit of Leticia Stidhum, # 2 Exhibit Exhibit 2.Deposition Transcript of Leticia Stidhum, # 3 Exhibit Exhibit 3.Deposition Transcript of Ishaque Thanwalla, # 4 Exhibit Exhibit 4.Deposition Transcript of Andris Guzman, # 5 Exhibit Exhibit 5.Deposition Transcript of Jory Baron, # 6 Exhibit Exhibit 6.Deposition Transcript of Corporate Witness Deanna Jennings, # 7 Exhibit Exhibit 7.Text Message between Leticia Stidhum and Ishaque Thanwalla, # 8 Exhibit Exhibit 8.D1187–D1250 Paystubs of Plaintiff Leticia Stidhum, # 9 Exhibit Exhibit 9.Supplemental Response to Interrogatory 7, # 10 Exhibit Exhibit 10.D1253–1447 Paystubs of Comparators, # 11 Exhibit Exhibit 11.Jennings Jackson Aff.) (Troy, John) (Entered: 09/01/2023) |
| 09/02/2023 | 88 | RESPONSE in Opposition re 78 Letter MOTION for pre motion conference *in anticipation of Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56 /mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 09/02/2023) |
| 09/11/2023 | 89 | MEMORANDUM in Opposition re 82 Appeal of Magistrate Judge Decision to District Court filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 09/11/2023) |
| 09/18/2023 | 90 | Letter MOTION for Extension of Time to File *Reply to Defendants Opposing Memorandum to Plaintiffs Rule 72 Motion /nnt* by Leticia Francine Stidhum. (Troy, John) (Entered: 09/18/2023) |
| 09/21/2023 | | ORDER: Plaintiff's motion for extension of time 90 is granted. Plaintiff shall file her opposition on or before September 25, 2023. So Ordered by Judge Orelia E. Merchant on 9/21/2023. (MM) (Entered: 09/21/2023) |
| 09/25/2023 | 91 | REPLY in Support re 83 Affidavit in Support, */mh* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 09/25/2023) |
| 10/02/2023 | | ORDER denying Defendants' motion for pre–motion conference 78 . The Court sets the following briefing schedule for Defendants' motion: Defendants' motion for summary judgment to be served on or before November 1, 2023; Plaintiff to serve her opposition on or before December 1, 2023; Defendants to serve their reply, if any, and file the fully bundled motion on or before December 15, 2023. Ordered by Judge Orelia E. Merchant on 10/2/2023. (MM) (Entered: 10/02/2023) |
| 10/30/2023 | 92 | Letter MOTION for Extension of Time to File *motion for summary judgment pursuant to Fed. R. Civ. P. 6(b)(1)(A)* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Ronald |

| | | |
|---|---|---|
| | | M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel) (Entered: 10/30/2023) |
| 10/31/2023 | | ORDER granting Defendants' motion for extension of time 92 . Defendants' motion for summary judgment shall be served on or before December 1, 2023; Plaintiff shall serve her opposition on or before January 2, 2024; Defendants shall serve their reply, if any, and file the fully bundled motion on or before January 16, 2024. Ordered by Judge Orelia E. Merchant on 10/31/2023. (MM) (Entered: 10/31/2023) |
| 12/01/2023 | 93 | Letter *enclosing moving papers in support of Defendants' motion for summary judgment* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla (Kataev, Emanuel) (Entered: 12/01/2023) |
| 12/31/2023 | 94 | MOTION for Extension of Time to File Response/Reply as to 93 Letter *Plaintiffs Letter Motion for Extension of Time to Serve Opposition to Defendants Motion Summary Judgement /gd* by Leticia Francine Stidhum. (Troy, John) (Entered: 12/31/2023) |
| 01/02/2024 | | ORDER: Plaintiff's motion for extension of time 94 is granted. The Court sets the following briefing schedule: Plaintiff's opposition to be served on or before February 1, 2024; Defendant's reply, if any, to be served and the fully briefed motion to be filed on or before March 13, 2024. So Ordered by Judge Orelia E. Merchant on 1/2/2024. (MM) (Entered: 01/02/2024) |
| 02/02/2024 | 95 | Letter *Plaintiffs Cover Letter Regarding Opposition to Defendants Motion for Summary Judgement /gd* by Leticia Francine Stidhum (Troy, John) (Entered: 02/02/2024) |
| 02/06/2024 | 96 | NOTICE of Appearance by Matthew A Brown on behalf of All Defendants (aty to be noticed) (Brown, Matthew) (Entered: 02/06/2024) |
| 02/06/2024 | 97 | Letter *re termination of representation by E. Kataev* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla (Brown, Matthew) (Entered: 02/06/2024) |
| 03/06/2024 | 98 | MOTION for Extension of Time to File Response/Reply *in further support of motion for summary judgment* by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Brown, Matthew) (Entered: 03/06/2024) |
| 03/07/2024 | | ORDER: Defendants' motion for extension of time 98 is granted. Defendants shall serve their reply in further support of their motion for summary judgment, and file the fully−briefed motion, on or before March 27, 2024. So Ordered by Judge Orelia E. Merchant on 3/7/2024. (MM) (Entered: 03/07/2024) |
| 03/27/2024 | 99 | MOTION for Summary Judgment by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Labuda, Joseph) (Entered: 03/27/2024) |
| 03/27/2024 | 100 | MEMORANDUM in Support *of Motion for Summary Judgment* filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Labuda, Joseph) (Entered: 03/27/2024) |
| 03/27/2024 | 101 | RULE 56.1 STATEMENT *of Undisputed Facts in Support of Motion for Summary Judgment* filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Labuda, Joseph) (Entered: 03/27/2024) |
| 03/27/2024 | 102 | AFFIDAVIT/DECLARATION in Support re 99 MOTION for Summary Judgment filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Labuda, Joseph) (Entered: 03/27/2024) |
| 03/27/2024 | 103 | REPLY in Support *of Motion for Summary Judgment* filed by 161−10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Labuda, Joseph) (Entered: 03/27/2024) |

| | | |
|---|---|---|
| 03/27/2024 | 104 | RULE 56.1 STATEMENT *Reply to Counter Statement of Material Facts in Support of Motion for Summary Judgment* filed by 161–10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Labuda, Joseph) (Entered: 03/27/2024) |
| 03/27/2024 | 105 | MEMORANDUM in Opposition re 99 MOTION for Summary Judgment */gd* filed by Leticia Francine Stidhum. (Troy, John) (Entered: 03/27/2024) |
| 03/27/2024 | 106 | AFFIDAVIT/DECLARATION in Opposition re 99 MOTION for Summary Judgment */gd* filed by Leticia Francine Stidhum. (Attachments: # 1 Affidavit 01 Affidavit of Plaintiff in Opposition of Defendants Motion for Summary Judgement, # 2 Exhibit 02 Depo Transcript of Plaintiff, # 3 Exhibit 03 Depo Transcript of Defendants Ishaque Thanwalla, # 4 Exhibit 04 Depo Transcript of Defendant Andris Guzman, # 5 Exhibit 05 Depo Transcript of Defendant Jory Baron, # 6 Exhibit 06 Depo Transcript of Deanna Jennings, # 7 Exhibit 07 Text Message Between Plaintiff and Defendant Thanwalla, # 8 Exhibit 08 Paystubs of Plaintiff, # 9 Exhibit 09 Plaintiffs Response to Defendants ROGS, # 10 Exhibit 10 Paystubs of Other Workers, # 11 Exhibit 11 Supplemental Declaration of Jennings, # 12 Exhibit 12 Additional Supplemental Declaration from Jennings, # 13 Exhibit 13 Plaintiffs Counter 56.1 Statement /gd) (Troy, John) (Entered: 03/27/2024) |
| 04/03/2024 | 107 | Letter *enclosing courtesy copies of Reply Memorandum in Support of Summary Judgment* by 161–10 Hillside Auto Ave, LLC, Jory Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla (Labuda, Joseph) (Entered: 04/03/2024) |
| 01/29/2025 | 108 | ORDER DISMISSING CASE: For the reasons stated in the attached Memorandum and Order, Defendants' motion for summary judgment is GRANTED as to Plaintiff's federal law and NYSHRL sex discrimination claims. The Court declines supplemental jurisdiction of the remaining NYSHRL disability discrimination and NYCHRL sex discrimination claims and dismisses those claims without prejudice to refiling in state court. The Clerk of Court is respectfully directed to enter judgment and close the case. So ordered by Judge Orelia E. Merchant on 1/29/2025. (SAD) (Entered: 01/29/2025) |
| 01/30/2025 | 109 | CLERK'S JUDGMENT: that Defendants' motion for summary judgment is GRANTED in part, as to Plaintiff's federal law and NYSHRL sex discrimination claims and denied as to Plaintiff's NYSHRL disability discrimination claim and NYCHRL sex discrimination claim because the Court declines supplemental jurisdiction; and that Plaintiff's NYCHRL claims and NYSHRL disability discrimination claims are dismissed without prejudice to refiling in state court. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 1/30/2025. (JP) (Entered: 01/30/2025) |
| 02/28/2025 | 110 | NOTICE OF APPEAL as to 108 Order on Motion for Summary Judgment,, by Leticia Francine Stidhum. Filing fee $ 605, receipt number ANYEDC–18811631. (Troy, John) (Entered: 02/28/2025) |