United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 6, 2025
Docket #: 25-490
Short Title: Stidhum v. 161-10 Hillside Auto Ave, LLC

DC Docket #: 1:21-cv-7163
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Orelia E. Merchant

## NOTICE OF DEFECTIVE FILING

On July 29, 2025 the Brief & Special Appendix, on behalf of the Appellant Leticia Francine Stidhum, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
 for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
\_\_x\_\_\_ Defective cover *(FRAP 32)*
 \_\_\_x\_\_\_ Incorrect caption *(FRAP 32)*
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
\_\_\_x\_\_\_ Incorrect Filing Event
\_\_x\_\_\_ Other: The filing event should say "special appendix" and not "brief & special

appendix" unless the brief and special appendix are in one pdf file. The title of the cover on the brief, appendix, and special appendix should match the filing event.

Entries 29-37 are defective.

The filing event for each volume appendix should say "appendix Volume 1 of 7" and so forth. It should not say "brief and appendix" for the filing event.

When you re-submit entries 29-37- please make sure the caption is correct, and the filing event matches the cover of the brief, appendix and or special appendix.

The caption is incorrect, please find the full caption below.

Leticia Francine Stidhum,

        Plaintiff - Appellant,

 v.

161-10 Hillside Auto Ave, LLC, d/b/a Hillside Auto Outlet, Hillside Auto Mall, Inc., d/b/a Hillside Auto Mall, Ishaque Thanwalla, Jory Baron, Andris Guzman,

        Defendants - Appellees,

Ronald M Baron,

        Defendant.

_____

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than August 08, 2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-2129.

Inquiries regarding IT issues, please call 212-857-8592